UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA BARACHKOV, et al.

Plaintiffs,

v.

CHIEF JUDGE CARRIE L. FUCA, of the 41B District Court, in her official capacity,

Defendant.

Case Nos. 04-73957 and 04-73977

Hon. Paul D. Borman
Magistrate Anthony P. Patti

______________________________________________/

**STIPULATION TO ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE**

The parties hereto, by and through their attorneys of record, stipulate and agree to entry of the attached Order dismissing Plaintiff's claims and cause of action with prejudice and without costs to any party.

***Deborah Gordon Law***

By: /s/ Deborah L. Gordon (P27058)
Attorney for Plaintiffs
33 Bloomfield Hills Pkwy, Ste 220
Bloomfield Hills, MI 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

***Cumming, McClorey, Davis & Acho, P.L.C.***

By: /s/ Timothy S. Ferrand (P39583)
Attorney for Defendant
19176 Hall Road, Suite 200
Clinton Township, MI 48038
(586) 228-5600
tferrand@cmda-law.com

***Peacock Law PC***

By: /s/ Peter Peacock (P37201)
Attorney for Defendant
10 S Main St., Ste 401
Mount Clemens, MI 48043
(586) 469-0400
pete@peacocklawpc.com

Dated: October 5, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA BARACHKOV, et al.

Plaintiffs,
v.

CHIEF JUDGE CARRIE L. FUCA,
of the 41B District Court, in her
official capacity,

Defendant.
_______________________________________________/

Case Nos. 04-73957 and 04-73977

Hon. Paul D. Borman
Magistrate Anthony P. Patti

**ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on stipulation and agreement by and between the parties, through their respective counsel of record;

IT IS HEREBY ORDERED that Plaintiffs' claims and causes of action are hereby dismissed with prejudice and without costs to any party.

***THIS RESOLVES THE LAST PENDING CLAIM AND CLOSES THE CASE.***

IT IS SO ORDERED.

s/Paul D. Borman
Paul D. Borman
United States District Judge

Dated: October 5, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 5, 2016.

s/Deborah Tofil
Deborah Tofil
Case Manager (313)234-5122